ARIEL STERN
Nevada Bar No. 8276
AKERMAN, LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
ariel.stern@akerman.com
*Attorneys for  Defendants Asset*
*Recovery Solutions*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| Janis M. Pappa, *formally known as* Janis M. Suarez | Case No. 2:16-cv-2613-APG-PAL |
| --- | --- |
| Plaintiff, | **Parties' Stipulation For Extension of Time Or Otherwise Plead** |
| v. | **(First Request)** |
| Asset Recovery Solutions, LLC, | |
| Defendant. | |

Plaintiff Janis M. Pappa, ("Plaintiff") and Defendant Asset Recovery Solutions, LLC. ("Defendant" or "A.R.S."), by and through their counsel stipulate as follows:

1.     The initial Complaint in this matter was filed on November 11, 2016, alleging violations of the Fair Debt Collections Practices Act against A.R.S.

2.     A.R.S was served on November 23, 2016.

3.     A.R.S. requests a twenty-one (21) day extension of time to answer or otherwise respond, in order to collect information regarding the allegations in the

{40089189;2}                                    1

Complaint, evaluate the issues and parties involved, and determine how to respond to the Complaint in the most effective manner.

4.      Accordingly, the Parties are in agreement that A.R.S. should have until January 15, 2017, to respond to Plaintiff's Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 FAX: (702) 380-8572

5.      This extension of time will not prejudice any party.

WHEREFORE, the parties stipulate to a twenty-one day extension of time to and including January 15, 2017 for A.R.S. to respond to the Plaintiff's Complaint.

Dated:  December 13, 2016.

**KAZEROUNI LAW GROUP, APC**                    **AKERMAN, LLP**


/s/ Michael Kind                                        /s/ Ariel Stern
Michael Kind, Esq.                                      Ariel Stern, Esq.
Nevada Bar No. 13903                                    Nevada Bar No. 8276
7854 W. Sahara Avenue                                   1160 Town Center Drive, Ste. 330
Las Vegas, NV 89117                                     Las Vegas, Nevada 89144

*Attorneys for Janis Pappa*                             *Attorneys for Asset Recovery*
                                                        *Solutions*


**IT IS SO ORDERED.**

DATE this 15th day of December, 2016.


United States District/Magistrate Judge

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 FAX: (702) 380-8572