Michael Kind, Esq.
Nevada Bar No.: 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Janis M. Pappa*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Janis M. Pappa, formally known as Janis M. Suarez,<br><br>Plaintiff,<br><br>v.<br><br>Asset Recovery Solutions, LLC,<br><br>Defendant. | Case No: 2:16-cv-02613-APG-PAL<br><br>**Notice of Settlement** |

# NOTICE

The dispute between Plaintiff Janis M. Pappa, formally known as Janis M. Suarez ("Plaintiff") and Defendant Asset Recovery Solutions, LLC ("Defendant") has been resolved on an individual basis.

Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant, with prejudice, within 60 days—on or before June 5, 2017.

DATED this 4th day of April 2017.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
  Michael Kind, Esq.
  7854 W. Sahara Avenue
  Las Vegas, NV 89117
  *Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **June 5, 2017**, to file a stipulation to dismiss, or a joint status report indicating with the stipulation will be filed.

Dated: April 6, 2017

_____
Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on April 4, 2017, the foregoing Notice of Settlement was served via CM/ECF to all parties appearing in this case.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
     Michael Kind
     7854 W. Sahara Avenue
     Las Vegas, NV 89117