Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Janis M. Pappa*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Janis M. Pappa, formally known as Janis M. Suarez,<br><br>　　　　　Plaintiff,<br>v.<br><br>Asset Recovery Solutions, LLC,<br><br>　　　　　Defendant. | Case No: 2:16-cv-02613-APG-PAL<br><br>**Stipulation of Dismissal**<br><br>**ORDER** |

# STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Janis M. Pappa and Defendant Asset Recovery Solutions, LLC ("Defendant") stipulate to dismiss Plaintiff's claims in this case against Defendant only. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 25th day of April 2017.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Akerman LLP**

By: /s/ Tenesa S Scaturro
Tenesa S Scaturro, Esq.
Ariel E. Stern, Esq.
1160 Town Center Drive
Suite 330
Las Vegas, NV 89144
*Attorneys for Defendant*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: April 26, 2017.